Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the  Western
District of  Tennessee
Docket Number  2:21-cr-20011

United States of America
, Plaintiff

v.                                                                              Notice of Appeal

Kevin Olando Ombisi
, Defendant

Kevin Olando Ombisi (name all parties taking the appeal)* appeal to the United States Court of Appeals for the  Sixth  Circuit from the final judgment entered on  12/18/2023  (state the date the judgment was entered).

(s)  /s/ Barry J. McWhirter
*Attorney for*  Barry J. McWhirter
*Address*:  80 Monroe Ave., Ste. L7, Memphis, TN 38103

[***Note to inmate filers:***  *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.